CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MONSOON SHIPPING AND TRADING LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONSOON SHIPPING AND TRADING LIMITED,

                Plaintiff,

    v.

THE MINISTRY OF TRADE OF THE REPUBLIC
OF IRAQ,

                Defendant.
-----------------------------------------------------------------X

08 CV 3705 (JSR)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, MONSOON SHIPPING AND TRADING LIMITED, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       April 17, 2008

                                     CHALOS, O'CONNOR & DUFFY, LLP
                                     Attorneys for Plaintiff,
                                     MONSOON SHIPPING AND TRADING LIMITED

By: _____
                                     George E. Murray (GM-4172)
                                     Owen F. Duffy (OD-3144)
                                     366 Main Street
                                     Port Washington, New York 11050
                                     Tel: (516) 767-3600 / Fax: (516) 767-3605