JUDGE RAKOFF

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MONSOON SHIPPING AND TRADING LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Brian T. McCarthy (BM-4808)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MONSOON SHIPPING AND TRADING LIMITED,

                Plaintiff,

      v.

THE MINISTRY OF TRADE OF THE REPUBLIC
OF IRAQ,

                Defendant.
-------------------------------------------------------X

CIV 3705

08 CV 3705 (____)

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of George E. Murray, sworn to the 17th day of April, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based

upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, THE MINISTRY OF TRADE OF THE REPUBLIC OF IRAQ.

Dated: New York, New York
       April 16, 2008

SO ORDERED:

_____
U. S. D. J.