CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONSOON SHIPPING AND TRADING LIMITED,

                Plaintiff,

          v.

THE MINISTRY OF TRADE OF THE REPUBLIC
OF IRAQ,

                Defendant.
-----------------------------------------------------------------X

08 CV 3705 (JSR)

**NOTICE OF
VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, MONSOON SHIPPING AND TRADING LIMITED, as to the Defendant, THE MINISTRY OF TRADE OF THE REPUBLIC OF IRAQ, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
        May 29, 2008

                              CHALOS, O'CONNOR & DUFFY LLP
                              Attorneys for Plaintiff,

                  By: _____
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: 516-767-3600 / Fax: 516-767-3605

**SO ORDERED:**
Dated: New York, New York
        May __, 2008

                              _____
                              Hon. Jed S. Rakoff, U.S.D.J.